IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE O'SULLIVAN, | No. C 08-0280 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |

This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that his application to proceed in forma pauperis ("IFP") was deficient because he had omitted page five, the "Certificate of Funds in Inmate Account," from the form application to proceed IFP. Plaintiff was informed that the case would be dismissed if he did not either pay the fee or remedy the IFP deficiency within thirty days. The clerk sent him a copy of the court's form for IFP applications, which includes page five, and a return envelope with the notice. No response has been received.

Leave to proceed in forma pauperis (document number 2 on the docket) is **DENIED**. This case is **DISMISSED** without prejudice. *See* Fed. R.Civ.P. 41(b). The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March   4  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\O'SULLIVAN0280.DSIFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE O'SULLIVAN,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendant.
_____/

Case Number: CV08-00280 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence M. O'Sullivan
F-06106
San Quentin State Prison
San Quentin, CA 94964

Dated: March 4, 2008

                                          Richard W. Wieking, Clerk
                                          By: D. Toland, Deputy Clerk