IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE O'SULLIVAN,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | No. C 08-0280 WHA (PR)<br><br>**JUDGMENT** |

The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendant. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: March   4   , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\O'SULLIVAN0280.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE O'SULLIVAN,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendant.
_____/

Case Number: CV08-00280 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence M. O'Sullivan
F-06106
San Quentin State Prison
San Quentin, CA 94964

Dated: March 4, 2008

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk